# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Jacob S. Whyte,

Plaintiff,

v.

City of Brooklyn Park; Brooklyn Park Police Department; John and Jane Doe Officers 1-10; Colich Law Firm, P.A.; Riley Kuderko, *Esq.*; and Amanda Grossman, *Esq.*,

Defendants.

Civ. No. 26-2009 (JWB/DTS)

**ORDER DISMISSING CASE**

Most of Plaintiff Jacob S. Whyte's Complaint was dismissed by court order on June 29, 2026. (*See* Doc. No. 5 at 11.) For the claims that remained, the Order gave Plaintiff 90 days to file an amended complaint that identifies at least one individual Defendant officer by name. (*Id.*) It warned him that failure to do so would result in dismissal. (*Id.*)

Plaintiff did not file an amended complaint within 90 days. Therefore, the remainder of this matter is dismissed, and the case is closed.

## ORDER

Based on the foregoing, and for the reasons given in the June 29, 2026 Order (Doc. No. 5), **IT IS HEREBY ORDERED** as follows:

1. Plaintiff Jacob S. Whyte's Complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**, for lack of standing, to the extent that it seeks injunctive relief.

2. The Complaint is **DISMISSED WITH PREJUDICE**, for failure to name a suable entity, to the extent it asserts claims against Defendant Brooklyn Park Police Department.

3. The Complaint is **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B)(iii), based on prosecutorial immunity, to the extent it asserts claims against Defendants Riley Kuderko, Amanda Grossman, and Colich Law Firm, P.A.

4. The Complaint is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim, to the extent it asserts municipal liability claims against Defendant City of Brooklyn Park, and the City is **DISMISSED** as a Defendant.

5. The Complaint is **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim, to the extent it asserts claims against Plaintiff's public defender in the underlying prosecution.

6. The Complaint is **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim, to the extent it asserts claims based on Plaintiff's speedy trial rights.

7. The Complaint is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim, to the extent it asserts Fourteenth Amendment Equal Protection claims.

8. Counts I, II, and III are **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 4(m), to the extent they are asserted against the John and Jane Doe officers.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: October 9, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge